**Motion Denied and Order Filed August 10, 2021**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-21-00068-CV

————————

**UNITED STATES AUTOMOBILE ASSOCIATION AND USAA CASUALTY INSURANCE COMPANY, Appellants**

**V.**

**CLEAR VISION WINDSHIELD REPAIR, LLC, Appellee**

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2018-85307**

---

## ORDER

Appellants' brief was originally due April 29, 2021. We granted three extensions of time to file appellants' brief until July 28, 2021. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On July 30, 2021, counsel filed a further request for extension of time to file appellants' brief. We deny the request and issue the following order.

We order appellants to file a brief with the clerk of this court on or before **August 16, 2021**. If appellants do not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.